UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | | |
|---|---|---|
| MICHEL QUIROZ, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 7: 21-51-JMH |
| | ) | |
| V. | ) | |
| | ) | |
| BUREAU OF PRISONS STAFF, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Court's prior Orders, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. The Complaint filed by Plaintiff Michel Quiroz [DE 1] is **DISMISSED** without prejudice with respect to all defendants.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 11th day of April, 2022.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge